IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 17–10–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHASITY E. MONTGOMERY, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on August 9, 2017. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Chasity E. Montgomery's guilty plea after Montgomery appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of delay and

1

destruction of mail in violation of 18 U.S.C. § 1703(b) (Count II) as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count I of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 18), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Chasity E. Montgomery's motion to change plea (Doc. 11) is GRANTED and Chasity E. Montgomery is adjudged guilty as charged in Count II of the Indictment.

DATED this 25th day of August, 2017.

_____
Dana L. Christensen, Chief District Judge
United States District Court